UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COMANCHE NATION, OKLAHOMA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-05-328-F |
| UNITED STATES OF AMERICA; et al, | ) |
| Defendants. | ) |

ORDER

The plaintiff's motion in limine, filed May 3, 2005 (docket entry no.32), is DENIED. As to the first proposition, the failure to brief an essentially factual issue in a brief in opposition to preliminary injunctive relief does not preclude the presentation of evidence on that issue. As to the second proposition, although the court does not intend to permit any witnesses to take the stand and expound the law, in a general sense, at the hearing on plaintiff's motion, the court prefers to address those issues as they may arise at the hearing. There may be regulatory matters as to which explanatory testimony will be proper even if the testimony touches on matters of law.

Dated this 3rd day of May, 2005.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-328p009 (pub).wpd