IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA


COMANCHE NATION, OKLAHOMA,        )
                                  )
            Plaintiff,            )
                                  )
-vs-                              )        Case No. CIV-05-328-F
                                  )
UNITED STATES OF AMERICA,         )
et al.,                           )
                                  )
            Defendants.           )


## **O R D E R**

The parties are hereby notified that the court considers the computation of the ten-day time period prescribed in Rule 65(b), Fed. R. Civ. P., for temporary restraining orders to be governed by Rule 6(a), Fed. R. Civ. P. , Flying Cross Check, L.L.C. v. Central Hockey League, Inc., 153 F.Supp.2d 1253, 1258 (D. Kan. 2001) and cases therein cited. Consequently, the court will not address any extension of the ten-day period until this Friday, May 20, 2005.

Entered this 16th day of May, 2005.


_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE


05-0328p012(pub).wpd