UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COMANCHE NATION, OKLAHOMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-05-328-F |
| | ) |
| UNITED STATES OF AMERICA; et al | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO MOTION TO INTERVENE
AS PARTY-DEFENDANT BY FORT SILL APACHE TRIBE**

Plaintiff, Comanche Nation, by and through its undersigned counsel, OBJECTS to the intervention of the Fort Sill Apache Tribe ("FSA Tribe") in this matter as a party-defendant pursuant to Fed. R. Civ. P. 24(a)(2) on the same grounds set forth in *Plaintiff's Reply to Defendant's Response to Motion for TRO and Preliminary Injunction* (Docket #28) arguing that FSA Tribe is not an indispensable party.  However, Plaintiff does NOT object to "permissive intervention" in this matter by FSA Tribe pursuant to Fed. R. Civ. P. 24(b).  Therefore, this Court should GRANT movant's PERMISSIVE INTERVENTION in accordance with Fed. R. Civ. P. 24(b).

Respectfully submitted,

s/ William R. Norman Jr.
William R. Norman, Jr., OBA #14919
Hobbs, Straus, Dean & Walker, LLP
117 Park Avenue, 2nd Floor
Oklahoma City, OK 73102
Telephone: (405) 602-9425
Facsimile: (405) 602-9426
Email:  william@hsdwok.com
**Attorney for Plaintiff**

1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of this pleading was electronically transmitted to the Clerk of the District Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to these parties and counsel registered on ECF:

Robert McCampbell c/o Steve Mullins
United States Attorney for the Western
District of Oklahoma
210 West Park Avenue, Suite 400
Oklahoma City, OK 73102

Fort Sill Apache Tribe
c/o Robert Prince
632 S.W. "D" Avenue
Lawton, OK 73501

      I hereby certify that a true and correct copy of this pleading was mailed, postage paid, on May 19, 2005, to each of the parties or counsel as indicated below, who are not registered on the Court's ECF system:

| | |
|---|---|
| Gale A. Norton<br>Secretary of the Interior<br>1849 "C" Street NW<br>6159 MIB<br>Washington, DC 20240 | Alberto Gonzales, Attorney General<br>U.S. Department of Justice<br>Office of the Attorney General<br>Attn: Service of Process<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20004 |
| United States Department of Interior<br>Attn: James Cason, Assistant Secretary<br>1849 "C" Street NW<br>Washington, DC 20240 | Fort Sill Apache Tribe<br>c/o Richard Grellner<br>5300 W. Memorial Rd., Suite 14-C<br>Oklahoma City, OK 73142 |

                                      s/ William R. Norman Jr.
                                      William R. Norman, Jr.