IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COMANCHE NATION, OKLAHOMA, | ) ) ) |
| Plaintiff, | ) ) |
| -vs- | ) )   Case No. CIV-05-328-F ) |
| UNITED STATES OF AMERICA, et al., | ) ) ) |
| Defendants. | ) |

**ORDER FOR FINAL HEARING ON**
**MOTION FOR PRELIMINARY INJUNCTION**

This matter came before the court for hearing on Friday, May 6, 2005, on the plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (docket entry no. 8). At the conclusion of that hearing, the court stated its intent to grant a temporary restraining order. By order entered on that date, the court entered a temporary restraining order. The temporary restraining order has, by separate order entered this date, been extended for an additional ten days. By another order entered this date, the court has granted the motion of the Fort Sill Apache Tribe of Oklahoma (FSA) to intervene.

At the conclusion of the May 6 hearing, both plaintiff and defendants indicated their desire to present additional evidence at a final hearing on plaintiff's application for a preliminary injunction. Accordingly, plaintiff's motion for a preliminary injunction is set for final hearing on May 27, 2005, at 9:00 a.m. At the final hearing,

the plaintiff and the defendant shall be permitted to present any additional, non-repetitious evidence they may wish to present in support of or in opposition to the granting of preliminary injunctive relief. In addition, FSA shall have the opportunity to present non-repetitious evidence at the hearing. In the interest of avoiding repetitious presentation of evidence, the court expects that counsel for FSA will undertake to familiarize themselves with the evidence that has previously been presented in this case.

DATED May 20, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0328p015 (pub).wpd