UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| COMANCHE NATION, OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-05-328-F |
| | ) | |
| UNITED STATES OF AMERICA, et al, | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT WITNESS AND EXHIBIT LIST
### FOR PRELIMINARY INJUNCTION HEARING

Plaintiff, Comanche Nation, Defendant Fort Sill Apache Tribe, and Defendant United States of America, et al, pursuant to telephonic discussions this date, hereby provides joint notice of their witness and exhibit list for the Preliminary Injunction Hearing on May 27, 2005.

### Fort Sill Apache Tribe's Witness List

1.  **Charldon Keith Yackeyonny**, former Chairman 1996-99, Comanche Nation, will testify regarding the history of the dispute and factual allegations supporting denial of the injunction request.

2.  All witnesses listed or called by the Plaintiff.

### Comanche Nation's Witness List

1.  **Ray Anderson**, Police Chief, Comanche Nation Law Enforcement, will testify regarding criminal jurisdiction on Comanche allotments in general and other factual allegations supporting the injunction request.

1

2.  **Michael Mithlo, Sr.**, Comanche Tax Commission employee, will testify regarding regulatory and taxing jurisdiction on Comanche Allotments and other factual allegations supporting the preliminary injunction.

3.  **John and/or Jane Does**, as yet unidentified rebuttal witnesses to testimony presented by Chareldon Keith Yackeyonny.

4.  All witnesses listed or called by the Defendants.

### United States' Witness List

1.  All witnesses listed or called by Fort Sill Apache Tribe.

2.  All witnesses listed or called by Comanche Nation.

### Joint Exhibit List

1.  Comanche Nation Constitution.

2.  Memo from Deerinwater, Area Director, to Assistant Secretary – Indian Affairs dated July 1998.

3.  Memo, Subject: determination of Court of Indian Offenses jurisdiction over Indian Country allotments.

4.  All Exhibits listed or used in previous hearings or pleadings.

James M. Burson

s/ James M. Burson
Bar Number: OBA #20037
Attorney for Plaintiff
Hobbs, Straus, Dean & Walker, LLP
117 Park Ave., Second Floor
Oklahoma City, OK 73102
Telephone: 405-602-9425
Fax: 405-602-9426

Email Address: jburson@hsdwok.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of this pleading was electronically transmitted to the Clerk of the District Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to these parties and counsel registered on ECF:

Robert McCampbell c/o **Steve Mullins**
United States Attorney for the Western
District of Oklahoma
210 West Park Avenue, Suite 400
Oklahoma City, OK 73102

    FOR THE FOLLOWING UNITED STATES DEFENDANTS:

| | |
|---|---|
| Gale A. Norton | Alberto Gonzales, Attorney General |
| Secretary of the Interior | U.S. Department of Justice |
| 1849 "C" Street NW | Office of the Attorney General |
| 6159 MIB | Attn: Service of Process |
| Washington, DC 20240 | 950 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |

United States Department of Interior
Attn: James Cason, Assistant Secretary
1849 "C" Street NW
Washington, DC 20240

    FOR THE FORT SILL APACHE TRIBE:

Robert Prince
632 S.W. "D" Avenue
Lawton, OK 73501


Richard Grellner
5300 W. Memorial Road, Suite 14-C
Oklahoma City, OK 73142

3