United States Department of the Interior 

OFFICE OF THE SECRETARY
Washington, D.C. 20240

APR - 2 1999

Honorable Frank Keating
Governor of Oklahoma
Oklahoma City, Oklahoma   73105

Dear Governor Keating:

We have completed our review of the Tribal-State Compact (Compact) between the Comanche Indian Tribe (Tribe) and the State of Oklahoma, executed on July 12, 1990. The Compact was signed by a representative of the State of Oklahoma and Kenneth L. Saupitty on behalf of the Comanche Indian Tribe. For the following reasons, this Compact is hereby disapproved.

It is our position that we can only approve compacts between Indian tribes and states that have been entered into by the appropriate state and tribal officials. In this instance, the Anadarko Area Director, by letter dated September 11, 1998, found that Mr. Yackeyonny was recalled as the Tribe's Chairman. The Area Director's decision is currently on appeal before this office, and a special election is scheduled in early April 1999. Therefore, we believe that it is inappropriate for us to approve the Compact at this time. Given the questions regarding Mr. Yackeyonny's authority, we believe it would be a violation of our trust responsibility to the Tribe to approve the Compact.

After the special election, the Compact can be resubmitted to the Department and approved in an expedited manner. We regret that our decision could not be more favorable at this time.

Sincerely,

Michael J. Anderson
Deputy Assistant Secretary - Indian Affairs

Similar Letter Sent To:   Mr. Keith Yackeyonny
                          Comanche Indian Tribe
                          HC 32- Box 1720
                          Lawton, Oklahoma   73502