**COURTROOM MINUTE SHEET**

DATE  5-27-05

CIVIL NO.  05-328  -F        CRIMINAL NO.  _____-F

Comanche Nation, Oklahoma   -vs-   United States of America, et al.

United States -vs- _____

COMMENCED  9:10        ENDED  10:55        TOTAL TIME  1 hr. 45 min.

PROCEEDINGS  Hearing on Motion for Preliminary Injunction

JUDGE STEPHEN P. FRIOT        DEPUTY LORI GRAY        REPORTER TRACY WASHBOURNE

PLF COUNSEL  Ed Goodman, William Norman, Jim Burson

DFT COUNSEL  Tom Majors, Richard Grellner, John Racin

ENTER AS ABOVE  Plf and Intervenor request a 45-day stay of publication and a ct-ordered settlement conf. Dfts do not concur. Ct will order a settlement conf and expects that decision-makers on behalf of all parties will attend. Review is held of the parties' exhibits, attached to Amended Joint Witness and Exhibit List for Preliminary Injunction Hearing, filed on 5/26/05. Ct directs that the proposed gaming compact be provided to the court this date. Ct hears arguments of counsel on preliminary injunction issue.