IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COMANCHE NATION, OKLAHOMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-05-328-F |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On Friday, May 27, 2005, the court entered an order (docket entry no. 63) addressing defendants' dismissal motion and plaintiff's preliminary injunction motion. Although the court addressed and rejected each of the grounds raised in defendants' dismissal motion, the court failed to indicate in the concluding paragraphs of its order that defendants' dismissal motion was in fact denied. The court therefore **AMENDS** the concluding paragraphs of the May 27, 2005 order to read as follows:

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States' Motion to Dismiss, filed May 5, 2005 (docket entry no. 34), is **DENIED**.

IT IS ALSO ORDERED, ADJUDGED, AND DECREED that plaintiff's Motion for Preliminary Injunction Staying Agency Action Pending Review, filed March 31, 2005 (docket entry no. 8), is **GRANTED**.

IT IS ADDITIONALLY ORDERED, ADJUDGED, AND DECREED that defendants are preliminarily restrained and enjoined, pending the further order of this

court, from publishing any notice of approval of the Class III gaming compact between the State of Oklahoma and the Fort Sill Apache Tribe of Oklahoma in the Federal Register.

    IT IS FURTHER ORDERED, ADJUDGED and DECREED that plaintiff shall provide security as set forth above, conditioned as set forth in Rule 65(c), in the sum set forth above, not later than June 10, 2005.

    DATED this 31st day of May, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0328p019.wpd