UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COMANCHE NATION, OKLAHOMA, )<br>)<br>    Plaintiff )<br>)<br>-vs- )<br>)<br>UNITED STATES OF AMERICA, )<br>et al., )<br>)<br>    Defendants. ) | Case No. CIV-05-328-F |

**NOTICE OF APPEAL**

Notice is hereby given that Intervenor-Defendant Fort Sill Apache Tribe of Oklahoma hereby appeals from the preliminary injunction entered for Plaintiff Comanche Nation on the 27th day of May, 2005.

/s/ Robert E. Prince
Robert E. Prince, OBA No. 7316
Carter & Prince
632 "D" Avenue
Lawton, Oklahoma  73501
Telephone:  580.248.8015
Facsimile:  580.353.6888
Email: lawyers2@sbcglobal.net

/s/ Richard J. Grellner
Richard J. Grellner, OBA No. 15521
Law Office of Richard J. Grellner
5300 W. Memorial Road, Suite 14-C
Oklahoma City, Oklahoma   73142
Telephone: 405.603.6530
Facsimile: 405.603.6812
Email: rjgrellner@hotmail.com

/s/ John P. Racin
John P. Racin, pro hac vice
Law Office of John P. Racin
1721 Lamont Street, N.W.
Washington, D.C.  20010
Telephone: 202.265.2516
Facsimile:  405.603.6812
Email: awjrlaw@erols.com

Attorneys for Intervenor-Defendant
Fort Sill Apache Tribe of Oklahoma

**Certificate of Service**

I hereby certify that on this 26th day of July, 2005, I caused a copy of the foregoing Notice of Appeal to be transmitted electronically to the Clerk of the Court by means of the ECF system for filing and transmittal of Notice of Electronic Filing to these parties and counsel registered on ECF:

William R. Norman, Jr., Esq.
James M. Burson, Esq.
Hobbs, Straus, Dean & Walker, LLP
117 Park Avenue, Second Floor
Oklahoma City, OK   73102

Robert McCampbell c/o Steve Mullins
United States Attorney for the
Western District of Oklahoma
201 West Park Avenue, Suite 400
Oklahoma City, OK 73102

/s/ John P. Racin
John P. Racin