# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

| | |
|---|---|
| COMANCHE NATION, Oklahoma,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF INTERIOR, United States; GALE A. NORTON, Secretary of the Interior in her official capacity; JAMES CASON, Assistant Secretary of Interior for Indian Affairs in his official capacity,<br><br>    Defendants,<br><br>and<br><br>FORT SILL APACHE TRIBE OF OKLAHOMA,<br><br>    Defendant-Intervenor - Appellant. | No. 05-6241<br>(D.C. No. 05-CV-328-F)<br><br><br>A true copy<br>Test:<br><br>Elizabeth A. Shumaker<br>Clerk, U.S. Court of<br>Appeals, Tenth Circuit<br><br>By: [signature]<br>Deputy Clerk |

## ORDER

Filed February 22, 2007

In accordance with Rule 33.1, Rules of the Tenth Circuit, and upon consideration of the stipulation to dismiss this appeal,

IT IS ORDERED that the above appeal be and it hereby is dismissed pursuant to Rule 42(b), Federal Rules of Appellate Procedure. Each party shall bear its own costs on appeal. A certified copy of this order shall stand as and for the mandate of the court.

                                          Entered for the Court
                                          ELISABETH A. SHUMAKER, Clerk

                                  by:
                                          Deputy Clerk

**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

February 22, 2007

Mr. Robert D. Dennis
Clerk
United States District Court for the W. District of Oklahoma
200 NW Fourth Street
Room 1210 United States Courthouse
Oklahoma City, OK 73102

John P. Racin
1721 Lamont St NW
Washington, DC 20010

Mr. Richard J. Grellner
439 NW 18th Street
Oklahoma City, OK 73103-1905

Mr. Robert E. Prince
632 D Ave
Lawton, OK 73501

Edmund Clay Goodman
806 SW Broadway Ave
Suite 900
Portland, OR 97205-3311

James M. Burson
Mr. William R. Norman, Jr.
Hobbs, Straus, Dean & Walker
117 Park Ave., 2nd Floor
Oklahoma City, OK 73102

Mr. Steven K. Mullins
Mr. Tom Majors
Asst. U.S. Attorney
Office of the United States Attorney
210 W. Park Avenue
Suite 400
Oklahoma City, OK 73102

      Re:     05-6241, Comanche Nation v. Fort Sill Apache
              Dist/Ag docket: 05-CV-00328-F,

Dear Mr. Dennis and Counsel:

The court filed an order today dismissing this case. A copy of the order is enclosed for all parties.

Also enclosed for the district court clerk or for the named agency, is a certified copy of the dismissal order which is issued as the mandate of the court. Please file it in the records of the district court or agency.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: *[signature]*
Deputy Clerk

clk:bjv