# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COMANCHE NATION, OKLAHOMA, | ) ) ) |
| Plaintiff, | ) ) |
| -vs- | ) ) Case No. CIV-05-328-F |
| UNITED STATES OF AMERICA, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER APPROVING
## AGREEMENT OF COMPROMISE AND SETTLEMENT

The Court, having considered the *Agreement of Compromise and Settlement* ("Agreement") made by, between, and among the parties to this litigation, the Comanche Nation of Oklahoma, the Fort Sill Apache Tribe of Oklahoma, the United States of America and officials of the United States Department of Interior named in their representative capacities, and the Court having considered the premises of this case and found the terms to be fair and reasonable in the circumstances, the product of good faith negotiations by, between, and among all parties, and arrived at with the assistance of experienced and able counsel.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the foregoing Agreement be, and the same hereby is, APPROVED and the terms thereof incorporated herein by reference;

IT IS ALSO ORDERED, ADJUDGED, AND DECREED that, in accordance with Paragraph 11 of the Agreement, and by the consent of all parties to this litigation, the Court shall retain jurisdiction to enforce the terms of the Agreement against any party or parties under the

authority of <u>Kokkonen v. Guardian Life Insurance Co. Of America</u>, 511 U.S. 375, 381-82 (1994);

IT IS ADDITIONALLY ORDERED, ADJUDGED, AND DECREED that, in accordance with Paragraph 6 of the Agreement the Court orders disbursement by the Court Clerk to effect the return to Comanche Nation of its entire security on deposit in the Court's registry together with any accrued interest thereon; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that, except as provided herein, this case be, and the same hereby is, DISMISSED pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, each party to bear its own attorney fees and costs.

SO ORDERED this 9th day of March, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0328p022.PO.wpd