UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COMANCHE NATION, OKLAHOMA,<br><br>             Plaintiff<br><br>-vs-<br><br>UNITED STATES OF AMERICA, et al.,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CIV-05-328-F<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME TO
REPLY TO THE UNITED STATES' OPPOSITION TO
INTERVENOR-DEFENDANT'S MOTION FOR ENFORCEMENT
OF AGREEMENT OF COMPROMISE AND SETTLEMENT**

The Fort Sill Apache Tribe of Oklahoma (or "the Tribe"), through undersigned counsel and pursuant to LcvR 7.1(h) and Rule 6(b) of the Federal Rules of Civil Procedure, respectfully requests that this Court grant an extension of time, up to and including September 26, 2008, within which to reply to the United States' Opposition to the Tribes' Motion for Enforcement of Agreement of Compromise and Settlement ("Opposition"). The grounds for this request are as follows:

1. The Government filed its Opposition September 12, 2008, and the Tribe's reply is now due no later than September 23, 2008 pursuant to LCv 7.1(I) (11 day period within which to reply).

2. The attorney for the Tribe taking the lead role in preparing the brief suffered a computer failure on September 23, 2008 which caused loss of data on the hard drive. He is endeavoring to retrieve it, but the inevitable delay occasioned by the equipment failure compels

the Tribe to seek several additional days within which to reply.

3. Defense counsel have kindly indicated consent to the granting of this request, which should not delay the hearing now scheduled for October 1, 2008, or otherwise impair the administration of justice. A proposed Order is submitted by email in accordance with local practice.

WHEREFORE, the Fort Sill Apache Tribe of Oklahoma respectfully requests that this Court grant leave to reply to the Government's Opposition on or before September 26, 2008.

Respectfully submitted this 23rd day of September, 2008.

/s/ Robert E. Prince
Robert E. Prince OBA #7316
Carter & Prince
632 S.W. "D" Avenue
Lawton, OK 73504
580.248.8015
lawyers2@sbcglobal.net

/s/ Richard J. Grellner
Richard J. Grellner OBA # 15521
Law Office of Richard J. Grellner
439 NW 18th St
Oklahoma City, OK 73103
405-602-0384
rjgrellner@hotmail.com

/s/ Phillip E. Thompson
Phillip E. Thompson *pro hac vice*
Thompson & Associates - DC
601 Pennsylvania Avenue, N.W.
Suite 9100
Washington, D.C. 20005
301-535-0488
philliptho@comcast.net

    /s/ John P. Racin
John P. Racin *pro hac vice*
Law Office of John P. Racin
1721 Lamont Street, N.W.
Washington, D.C.  20010
202.265.2516
awjrlaw@erols.com

Attorneys for Intervenor-Defendant
Fort Sill Apache Tribe of Oklahoma

### CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2008 I caused the foregoing Motion to be submitted by electronic means to the Clerk of Court using the ECF system for filing, thereby serving the ECF registrants who have entered an appearance:

Edmund Clay Goodman
Hobbs Straus Dean & Walker-PORTLAND
806 SW Broadway Ave
Suite 900
Portland, OR 97205-3311

William R. Norman, Jr.
James M. Burson
Hobbs Straus Dean & Walker-OKC
117 Park Ave 2nd Floor
Oklahoma City, OK 73102

John C. Richter
US Attorney's Office-OKC
210 W Park Ave Suite 400
Oklahoma City, OK 73102

Steven K. Mullins
US Attorney's Office-OKC
210 W Park Ave
Suite 400
Oklahoma City, OK 73102

Eleanor D. Thompson
US Attorney's Office-OKC
210 W Park Ave
Suite 400
Oklahoma City, OK 73102

Judy A. Copeland
US Attorney's Office-OKC
210 W Park Ave
Suite 400
Oklahoma City, OK 73102

Tom Majors
US Attorney's Office-OKC
210 W Park Ave
Suite 400
Oklahoma City, OK 73102

                                                             /s/ Richard J. Grellner
                                                             Richard J. Grellner