

# FACSIMILE TRANSMITTAL SHEET

| TO: Phillip Thompson | FROM: Esther Dittler, Staff Attorney |
|---|---|
| COMPANY: | DATE: March 31, 2009 |
| FAX NUMBER: 202-205-0057 | TOTAL PAGES w/ COVER SHEET: 2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |

RE: Please see attached letter dated March 31, 2009, re U.S. Department of the Interior – Section 20 Regulations

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

This facsimile may contain PRIVILEGED AND/OR CONFIDENTIAL INFORMATION intended ONLY for the use of the Addressee. If you are not the addressee, or the person responsible for delivering it to the addressee, you may not copy or deliver this to anyone else. If you receive this facsimile by mistake, please immediately notify us by telephone.

NOTES/COMMENTS:

1441 L STREET, NW • SUITE 9100 • WASHINGTON, DC 20005
202-632-7003 TELEPHONE • 202-632-7066 FAX



April 1, 2009

*Via Facsimile and U.S. Mail*

Phillip Thompson
601 Pennsylvania Ave.
Suite 900, South Building
Washington, DC 20004
Fax: (202) 205-0057

   Re: Department of the Interior Section 20 Regulations

Dear Mr. Thompson:

  This letter is a follow up to your conversation with Jo-Ann Shyloski, NIGC Associate General Counsel – Litigation & Enforcement, on March 26, 2009. During such conversation, Ms. Shyloski requested that you submit on behalf of your client, the Fort Sill Apache Tribe, written analysis of whether the Department of the Interior's Section 20 regulations, 25 C.F.R. part 292, which the National Indian Gaming Commission has adopted, apply to the Fort Sill Apache Tribe's parcel in New Mexico known as Akela Flats.

  We would greatly appreciate your conveyance of such analysis as soon as possible so that we can continue to evaluate the permissibility of gaming under the Indian Gaming Regulatory Act, 25 U.S.C. § 2701 *et seq.*, at Akela Flats, and to give the Tribe an opportunity to inform us of its position regarding the applicability of these regulations.

  Please feel free to contact me if you have any questions regarding this request.

Sincerely,

Esther Dittler
Staff Attorney

NATIONAL HEADQUARTERS   1441 L St. NW, Suite 9100, Washington, DC 20005   Tel: 202.632.7003   Fax: 202.632.7066   WWW.NIGC.GOV
REGIONAL OFFICES   Portland, OR; Sacramento, CA; Phoenix, AZ; St. Paul, MN; Tulsa, OK